IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| LAUREN LAW, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION |
| | : | FILE NO. 1:12-CV-02172-TWT-AJB |
| | : | |
| CLOROX SERVICES COMPANY, | : | |
| EXEL INC., AND JIM LANE, | : | |
| | : | |
| Defendants. | : | |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE
OF DEFENDANT CLOROX SERVICES COMPANY**

The parties, through undersigned counsel, hereby file this Stipulation of

Dismissal without Prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1),

seeking to dismiss without prejudice all of the claims of Plaintiff Lauren Law against

Defendant Clorox Services Company.

Respectfully submitted this 27th day of March, 2013.

| | |
|---|---|
| s/ J. Stephen Mixon | s/ David R. Kresser |
| J. Stephen Mixon | David R. Kresser |
| Georgia Bar No. 514050 | Georgia Bar No. 429615 |
| Miller & Mixon, LLC | FISHER & PHILLIPS LLP |
| 108 Williamson Mill Rd. | 1075 Peachtree St., NE |
| Jonesboro, GA  30236 | Suite 3500 |
| | Atlanta, Georgia  30309 |
| (770) 955-0100 | (404) 231-1400 |
| (678) 669-2037 Facsimile | (404) 240-4249 Facsimile |
| steve@mixon-law.com | dkresser@laborlawyers.com |
| Counsel for Plaintiff | Counsel for Defendants |
| | Exel Inc. and Jim Lane |

1638082.1