# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:12-cv-02172-TWT-AJB
## Law v. Clorox Services Company et al
## Honorable Linda T. Walker

Minute Sheet for proceedings held In Open Court on 06/14/2013.

TIME COURT COMMENCED: 10:50 A.M.
TIME COURT CONCLUDED: 4:14 P.M.          TAPE NUMBER: FTR GOLD
TIME IN COURT: 4:24                      DEPUTY CLERK: Sonya Lee-Coggins
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | David Kresser representing Exel, Inc. |
| | David Kresser representing Jim Lane |
| | J. Mixon representing Lauren Law |
| OTHER(S) PRESENT: | Stacey Alvey, Corporate Rep., Excel, Inc. |
| | Jim Lane, Operations Manager, Excel, Inc. |
| PROCEEDING CATEGORY: | Settlement Conference; |
| MINUTE TEXT: | Parties appeared before the court; global settlement reached. Details available via audio with prior permission from the court. |