# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| **LAUREN LAW,** | : | |
| | : | |
| **Plaintiff,** | : | **CIVIL ACTION FILE NO.** |
| | : | **1:12-cv-02172-TWT-AJB** |
| v. | : | |
| | : | |
| **EXEL, INC., and JIM LANE,** | : | |
| | : | |
| **Defendants.** | : | |

## ORDER ADMINISTRATIVELY CLOSING CASE

The Court has been advised by the magistrate judge who mediated the above-styled action that the matter has been settled, but the formal documentation of settlement has not been concluded. Therefore, it is not necessary that the action remain on the Court's calendar.

**IT IS HEREBY ORDERED** that the action is **DISMISSED WITHOUT PREJUDICE** to the right of any party, anytime within the next sixty (60) days, to reopen this action or vacate this order of dismissal.

It is further **ORDERED** that the Court retains jurisdiction to vacate this order of dismissal and to reopen the action, if necessary. If the action has not been reopened or the Court has not received a motion to vacate on or before the time permitted by this Order, the action will be dismissed with prejudice.

AO 72A
(Rev.8/82)

Let a copy of this order be served upon counsel for the parties.

**IT IS SO ORDERED,** this the 19th day of June, 2013.

<u>**/s/Thomas W. Thrash**</u>
**THOMAS W. THRASH, JR.**
**UNITED STATES DISTRICT JUDGE**

AO 72A
(Rev.8/82)