IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LAUREN LAW, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION |
| : | FILE NO. 1:12-CV-02172-TWT-AJB |
| CLOROX SERVICES COMPANY, : | |
| EXEL INC., AND JIM LANE, : | |
| : | |
| Defendants. : | |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties, through undersigned counsel, hereby file this Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), and seek to dismiss with prejudice all claims against all Defendants. All parties to bear their own costs.

Respectfully submitted this 8th day of July, 2013.

| | |
|---|---|
| /s/ J. Stephen Mixon | /s/ David R. Kresser |
| J. Stephen Mixon | David R. Kresser |
| Georgia Bar No. 514050 | Georgia Bar No. 429615 |

1660552.1

| | |
|---|---|
| MILLAR & MIXON, LLC<br>108 Williamson Mill Road<br>Jonesboro, Georgia  30236<br>Atlanta, Georgia  30318<br>(770) 955-0100 (telephone)<br>(678) 669-2037 (facsimile)<br>steve@mixon-law.com<br><br>Counsel for Plaintiff | FISHER & PHILLIPS LLP<br>1075 Peachtree Street, NE<br>Suite 3500<br>Atlanta, Georgia  30309<br>(404) 231-1400 (telephone)<br>(404) 240-4249 (facsimile)<br>dkresser@laborlawyers.com<br><br>Counsel for Defendants Exel Inc. and Jim Lane |